IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAY M. SJOGREN,                                    05-CV-1478-ST

        Plaintiff,                          ORDER

v.

CITY OF SEASIDE, a municipal
corporation; TRAVIS HILL, an
individual; BILL BARNES, an
individual; and RICH NOFIELD,
an individual,

        Defendants.


**J. CLAY MCCASLIN**
Law Office of J. C. McCaslin
1020 S.W. Taylor Street, Suite 230
Portland, OR 97205
(503) 239-1910

        Attorney for Plaintiff

**GERALD L. WARREN**
280 Liberty Street S.E., Suite 206
Salem, OR 97301
(503) 480-7252

        Attorney for Defendants


1   -   ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#47) on October 18, 2006, in which she recommended this Court grant Defendants' Motion for Summary Judgment (#17) and dismiss this action.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#47).  Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (#17) and **DISMISSES** this action.

IT IS SO ORDERED.

DATED this 19th day of January, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge